**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

PRINCESS CROSS,

      Plaintiff,

      v.

THE CITY OF GARY and OFFICER
HUDSON,

      Defendants.

CAUSE NO.: 2:17-CV-389-TLS

## OPINION AND ORDER

This matter is before the Court on a Joint Motion for Dismissal of Plaintiff's Claims Against Co-Defendant the City of Gary [ECF No. 48], filed by Plaintiff Princess Cross and Defendant City of Gary. The parties move under Federal Rule of Civil Procedure 41(a)(2) for the Court to dismiss the claims against the City of Gary with prejudice. Rule 41(a)(2) allows for an action to be dismissed by court order "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Because the parties stipulate to the dismissal, the Court considers the terms proper and GRANTS the Joint Motion for Dismissal of Plaintiff's Claims Against Co-Defendant the City of Gary [ECF No. 48]. The Court ORDERS that Plaintiff's claims against Defendant the City of Gary are DISMISSED with prejudice.

SO ORDERED on December 18, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT